**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| DEVONN ARIAS LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV625-023 |
| | ) | |
| FEDEX CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff filed a motion seeking an informal discovery dispute conference, doc. 35, and the Court held the conference with the parties on October 1, 2026, doc. 41 (Minute Entry). At the conference, the parties discussed outstanding discovery, while acknowledging the discovery period is currently closed. Because the parties agree that additional discovery is required, and therefore the record for the Court to consider for purposes of summary judgment is not yet complete, Defendants' Motion for Summary Judgment is **TERMINATED** as premature. Doc. 33. During the conference, the parties also agreed they would like a new schedule with extended deadlines to complete the identified outstanding discovery. The parties are, therefore, **DIRECTED** to file a Joint Motion

to Amend the Scheduling Order, proposing new dates to complete the discovery discussed during the conference, by October 15, 2026.

**SO ORDERED**, this 2nd day of October, 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA